IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

SAMANTHA M. KNAUS,

      Plaintiff,                                       CV-09-6200-MA

     v.                                     ORDER FOR PAYMENT OF
                                             ATTORNEY FEES
MICHAEL ASTRUE,                      PURSUANT TO EAJA
Commissioner of
Social Security,

      Defendant.

    Based on the Stipulation of the parties, attorney fees in the amount of $4,889.75 are awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of the award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the award shall be made payable to Plaintiff's attorney if the Commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program.

    IT IS SO ORDERED.

    Dated this 23  day of December, 2010.


                                                   /s/  Malcolm F. Marsh
                                              Malcolm F. Marsh
                                             United States District Judge

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA